|  |  |
|---|---|
| LENNY TRAKHTER, | ) Case No. 12-2760-SC |
|  | ) |
| Plaintiff, | ) ORDER GRANTING MOTION TO |
|  | ) DISMISS |
| v. | ) |
|  | ) |
| WELLS FARGO BANK, N.A., et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

Plaintiff Lenny Trakhter ("Plaintiff") brings this action in connection with the threatened foreclosure of his home.  ECF No. 1. Defendants now move to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6).  ECF No. 12.  Plaintiff filed an opposition to the Motion two weeks after the deadline set forth in Civil Local Rule 7-3, and Defendants filed a Reply.  ECF Nos. 14, 17.  Plaintiff's late-filed opposition appears to be a form brief since it does not meaningfully address any of the arguments raised in Defendants' moving papers and addresses a number of arguments that were not raised in the moving papers.  As Plaintiff has violated the Civil Local Rules and has failed to offer any coherent

opposition to the meritorious arguments set forth in Defendants' motion to dismiss, the Court DISMISSES this action WITH PREJUDICE.

    IT IS SO ORDERED.

    Dated: September 4, 2012 

                                  UNITED STATES DISTRICT JUDGE